## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **KEDREN NASH,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | Civil Action No. **3:19-CV-1130-L** |
| | § | |
| **SCOTT POWELL AND SANTANDER** | § | |
| **CONSUMER USA HOLDINGS, INC.,** | § | |
| | § | |
| **Defendants.** | § | |

## <u>ORDER</u>

On March 24, 2020, United States Magistrate Judge Renée Toliver entered the Findings, Conclusions, and Recommendation of the United States Magistrate Judge ("Report"), recommending that the action against Defendants Scott Powell and Santander Consumer USA Holdings, Inc. ("Defendants") be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 4(m) for Plaintiff Kedren Nash's ("Plaintiff") failure to timely and properly serve them. No objections were filed to the Report.

Having reviewed the pleadings, file, record in this case, and the Report, the court determines that the findings and conclusions of the magistrate judge are correct, and **accepts** them as those of the court. Accordingly, the court **dismisses without prejudice** this action pursuant to Federal Rules of Civil Procedure 4(m) against Defendants for Plaintiff's failure to effect service on them.

**It is so ordered** this 10th day of April, 2020.

_Sam A. Lindsay_
Sam A. Lindsay
United States District Judge